129 A.3d 1235

**Junius BURNO, Petitioner**

v.

**The COURT OF COMMON PLEAS OF LEHIGH COUNTY, Respondent.**

**No. 131 EM 2015.**

Supreme Court of Pennsylvania.

Dec. 24, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of December, 2015, the Application for Leave to File Original Process and the Petition for

Writ of Mandamus and/or Extraordinary Relief are **DIS-MISSED**. *See Commonwealth v. Ali,* 608 Pa. 71, 10 A.3d 282 (2010) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.

Justice EAKIN did not participate in the decision of this matter.